Kevin Cortright          SBN: 267224
Law Offices of Cortright & Valentine
27186 Newport Rd., Ste. 1
Menifee CA 92584
951-200-7505
951-200-7506 Fax

Attorney for Debtor Young

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Lisa Gillian Young,<br><br>　　　　Debtors. | Case No.: 6:10-bk-33366-CB<br>Chapter 11<br><br>OPPOSITION TO MOTION FOR RELIEF FROM STAY<br><br>Date:  11/16/10<br>Time:  2:00 p.m.<br>Ctrm:  303<br>Floor: 3 |

　　　　Debtor hereby responds to Movant American Home Mortgage Servicing, Inc.'s Motion for Relief from the Automatic Stay regarding the loan for Debtors' real property at 24520 Dry Canyon Cold Creek Road, Calabasas, CA 91302.  Debtor is informed and believes that sufficient funds are available to pay the post petition mortgage amount due in full. Said funds are believed to be in the possession of either the Tenant Gerry Gallagher, or the Tenants' Attorney Carlos Negrete. Currently an adversary proceeding regarding the tenancy and payment is pending in this court. An additional adversary proceeding might be required to have these funds accounted for and turned over to the Debtor to be deposited into the Debtor-in-possession account. This opposition is supported by the declaration of Kevin Cortright with supporting attachments.

　　　　WHEREFORE, Debtor prays that the Motion for Relief from the Automatic Stay filed by American Home Mortgage Servicing, Inc., be denied and that Debtor be allowed more time to secure the funds by way of her Adversary proceeding.

Dated:  November 2, 2010　　　　　　　　　　　　　　　/s/ Kevin Cortright _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin Cortright, Attorney for Debtor

DECLARATION IN SUPPORT OF OPPOSITION
TO MOTION FOR RELIEF FROM STAY

I, KEVIN CORTRIGHT, declare:

1. I am over the age of 18 and am the attorney of record in the above action. The following facts are within my personal knowledge and if called as a witness, I could competently testify thereto.

2. Tenant Gerry Gallagher through his attorney Carlos Negrete have claimed to be "ready, willing and able to pay rent so long as it is properly credited to the lender on the Subject Property is not subject to foreclosure."

3. Attorney Negrete has implied that said rent payments have been paid to his office and are being retained in his Attorney trust account.

4. An adversary proceeding regarding the tenancy and the payment of rent is currently pending in this court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 2, 2010

                                                    __/s/ Kevin Cortright_____
                                                    Kevin Cortright

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27186 Newport Rd., Ste. 1
Menifee CA 92584

A true and correct copy of the foregoing document described OPPOSITION TO MOTION FOR RELIEF FROM STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____10/31/10_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gregory J Babcock    bknotice@mccarthyholthus.com
- ATTORNEY FOR DEBTOR: Kevin M Cortright    jk@cortrightandvalentine.com
- Everett L Green    everett.l.green@usdoj.gov
- Anne W Hamann    ahamann@piteduncan.com, ecfcacb@piteduncan.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Carlos F Negrete    cnegrete1@hotmail.com, rsor@negretelaw.com;justine@negretelaw.com;cfnbknotice@gmail.com
- Ramesh Singh    claims@recoverycorp.com
- Eric J Testan    ecfcacb@piteduncan.com
- US TRUSTEE: United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Edward T Weber    eweber@rcolegal.com, bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __11/2/10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:
Lisa Young
2045 Araby Drive
Palm Springs, CA 92264

Attorney for Creditor American Home Mtg:
Ja Vonne M. Phillips, Esq., SBN 187474
Gregory J. Babcock, Esq., SBN 260437
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, California 92101

Chase
c/o Managing or Servicing Agent
PO Box 94014
Palatine, IL 60094-4014

Chase
c/o Managing or Servicing Agent
1820 E Sky Harbor Circ. South
Phoenix, AZ 85034

American Home Mortgage
c/o Managing or Servicing Agent
P.O. Box 660029
Dallas, TX 75266-0029

PNC Bank
c/o Managing or Servicing Agent
P.O. Box 5570
Brecksville, OH 44101-0570

Chase
c/o Managing or Servicing Agent
P.O. Box 44118
Jacksonville, FL 32231-4118

Bank of the West
c/o Managing or Servicing Agent
1450 Treat Blvd
Walnut Creek, CA 94597

American Home Mortgage Servicing Inc
c/o Managing or Servicing Agent
4875 Belford Rd
Jacksonville, FL 32256

NCB NE ER
c/o Managing or Servicing Agent
4661 E Main St
Columbus, OH 43213

Riverside Treasurer-Tax Collector
c/o Managing or Servicing Agent
4080 Lemon St. (1st Floor)
Riverside, CA 92502

Riverside County
c/o Managing or Servicing Agent
P.O. Box 751
Riverside, CA 92501

Chase
c/o Managing or Servicing Agent
201 N Walnut St
Wilmington, DE 19801

**Judge:**
Hon. Catherine Bauer
US Bankruptcy Court
3420 12th St., Courtroom 303
Riverside CA 92501

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/2/10 | JENNIFER KRIES | /s/ Jennifer Kries |
|---|---|---|
| *Date* | *Type Name* | *Signature* |