| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ja Vonne M. Phillips, Esq. SBN 187474<br>Gregory J. Babcock, Esq. SBN 260437<br>**McCarthy & Holthus, LLP**<br>1770 Fourth Avenue<br>San Diego, CA 92101<br>Phone (619) 685-4800<br>Fax (619) 685-4810<br><br>☒ *Attorney for Movant(s)* Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc<br>☐ *Movant(s) appearing without attorney* | **FILED & ENTERED**<br><br>**NOV 19 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY dgreen    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Lisa Gillian Young,<br><br><br><br><br><br><br><br><br>Debtor. | CHAPTER: 11<br>CASE NO.: 6:10-bk-33366-CB |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** |
| | DATE: 11/16/2010<br>TIME:  2:00 pm<br>CTRM: 303<br>FLOOR: 3rd |

**MOVANT:  Deutsche Bank National Trust Company, as Trustee for HarborView Mortgage Loan Trust, Mortgage Loan Pass-Through Certificates, Series 2006-7, its assignees and/or successors and the servicing agent American Home Mortgage Servicing, Inc**

1. The Motion was: ☒ Opposed          ☐ Unopposed          ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:* 24520 Dry Cannon Cold Creek Road
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Calabasas, CA 91302


    Legal description or document recording number (including county of recording): 06 0971155, Los Angeles County, California

    ☒ See attached page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

Page 1

F 4001-1.ORDER.RP

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1) ☐ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

    d. ☒ See attached continuation page for additional provisions.

DATED: November 19, 2010

_____
United States Bankruptcy Judge

Legal Description

THE LAND REFERRED TO HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, DESCRIBED AS FOLLOWS:

LOT 2 AND 3, OF TRACT NO. 29573, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 897 PAGE(S) 13 TO 15 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

End of Legal Description

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

F 4001-1.ORDER.RP

Page 3

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

**IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.**

**The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

**F 4001-1.ORDER.RP**

Page 4

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1770 Fourth Avenue
San Diego, CA  92101**

A true and correct copy of the foregoing document described **Order Granting Relief from the Automatic Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/18/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 11/18/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR - Lisa Gillian Young, 2045 Araby Drive,  Palm Springs, CA 92264

JUDGE'S COPY - The Honorable Judge, Catherine Bauer, United States Bankruptcy Court - Riverside Division, 3420 Twelfth Street, Riverside, CA, 92501

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/18/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

| UNITED STATES TRUSTEE | COUNSEL FOR UST | DEBTOR ATTORNEY |
|---|---|---|
| ustpregion16.rs.ecf@usdoj.gov | everett.l.green@usdoj.gov | jk@cortrightandvalentine.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/18/2010 | Warb Wilcox | /s/ Warb Wilcox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
*October 2010*

Page 5

**F 4001-1.ORDER.RP**

ADDITIONAL SERVICE INFORMATION

**SPECIAL NOTICE**

Kevin M Cortright
Cortright & Valentine
27186 Newport Rd Ste 1
Menifee, CA 92584

Chase
c/o Managing or Servicing Agent
PO Box 94014
Palatine, IL 60094-4014

Chase
c/o Managing or Servicing Agent
1820 E Sky Harbor Circ. South
Phoenix, AZ 85034

American Home Mortgage
c/o Managing or Servicing Agent
P.O. Box 660029
Dallas, TX 75266-0029

PNC Bank
c/o Managing or Servicing Agent
P.O. Box 5570
Brecksville, OH 44101-0570

Chase
c/o Managing or Servicing Agent
P.O. Box 44118
Jacksonville, FL 32231-4118

Bank of the West
c/o Managing or Servicing Agent
1450 Treat Blvd
Walnut Creek, CA 94597

American Home Mortgage Servicing Inc
c/o Managing or Servicing Agent
4875 Belford Rd
Jacksonville, FL 32256

NCB NE ER
c/o Managing or Servicing Agent
4661 E Main St
Columbus, OH 43213

Riverside Treasurer-Tax Collector
c/o Managing or Servicing Agent
4080 Lemon St. (1st Floor)
Riverside, CA 92502

Riverside County
c/o Managing or Servicing Agent
P.O. Box 751
Riverside, CA 92501

Chase
c/o Managing or Servicing Agent
201 N Walnut St
Wilmington, DE 19801

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*

Page 6

**F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 11/18/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| UNITED STATES TRUSTEE | COUNSEL FOR UST | COUNSEL FOR DEBTOR |
|---|---|---|
| ustpregion16.rs.ecf@usdoj.gov | Everett L Green<br>everett.l.green@usdoj.gov | Kevin M Cortright<br>jk@cortrightandvalentine.com |

**McCarthy & Holthus, LLP**
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:**
A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR - Lisa Gillian Young, 2045 Araby Drive,  Palm Springs, CA 92264

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
*October 2010*

Page 7

**F 4001-1.ORDER.RP**